AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

Case Number:  08 Civ. 00458(DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States Postal Service and United States Postal Service Office of Inspector General

I certify that I am admitted to practice in this court.

| 1/23/2008 | _signature_ | |
|---|---|---|
| Date | Signature | |
| | Lara Eshkenazi | LE-1974 |
| | Print Name | Bar Number |
| | U.S. Attorney's Office, 86 Chambers Street | |
| | Address | |
| New York | NY | 10007 |
| City | State | Zip Code |
| (212) 637-2758 | (212) 637-2702 | |
| Phone Number | Fax Number | |