Form 27 - GENERAL PURPOSE
**COHEN, WEISS & SIMON, ESQS.**
**ATTN: CLAIRE TUCK**
U.S. DISTRICT SOUTHERN COURT    NEW YORK    COUNTY

---

NATIONAL ASSOCIATION OF LETTER           plaintiff
CARRIERS, ETAL
            - against -

UNITED STATES POSTAL SERVICE, ETANO    defendant

Index No. **08-CV 00458**

Date Filed ............

Office No.

Court Date:   /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **25th**  day of January, 2008    at  **02:00 PM.**,                  at
    **90 CHURCH ST.**
    **NEW YORK, NY**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **UNITED STATES POSTAL SERVICE**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **ANGELA PONT, LEGAL CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
    APP. AGE: **40**        APP. HT: **5:8**        APP. WT: **140**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
28th  day of  January, 2008n

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3CWS107616

Form 27 - GENERAL PURPOSE
**COHEN, WEISS & SIMON, ESQS.**
**ATTN: CLAIRE TUCK**
U.S. DISTRICT SOUTHERN COURT      NEW YORK COUNTY
------------------------------------------------------

NATIONAL ASSOCIATION OF LETTER          plaintiff
CARRIERS, ETAL
                  - against -

UNITED STATES POSTAL SERVICE, ETANO     defendant

Index No. **08-CV 00458**

Date Filed ............

Office No.

Court Date:   /  /

------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**BRETT M. GOLUB**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **24th  day of January, 2008**    at  **11:11 AM.**,                   at
    **BY:U.S ATTORNEY, 86 CHAMBERS ST.**
    **NEW YORK, NY 10007 3FL**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **UNITED STATES POSTAL SERVICE OFFICE OF INSPECTOR GENERAL**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **A. CHARLES--CLERK AUTHORIZED TO ACCEPT WHO REFUSED FIRST**
    **NAME**
a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**         COLOR: **BLACK**         HAIR: **BLACK**
    APP. AGE: **35**         APP. HT: **5:7**         APP. WT: **140**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
25th  day of  January, 2008i


..........................               ..........................
KENNETH WISSNER                           BRETT M. GOLUB    1239212
Notary Public, State of New York          AETNA   CENTRAL   JUDICIAL   SERVICES
    No.01WI4714130                        225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY              NEW YORK, NY, 10007
Commission Expires 03/30/2010             Reference No: 3CWS107617

Form 10 - AFFIDAVIT OF MAILING ONLY

**COHEN, WEISS & SIMON, ESQS.**
**ATTN: CLAIRE TUCK**

U.S. DISTRICT SOUTHERN COURT    NEW YORK COUNTY
------------------------------------------------

| | |
|---|---|
| NATIONAL ASSOCIATION OF LETTER CARRIERS, ETAL     plaintiff | Index No. **08-CV 00458** |
| - against - | Date Filed ............ |
| | Office No. |
| UNITED STATES POSTAL SERVICE, ETANO    defendant | Court Date:   / / |

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:

**JOEL GOLUB**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York. That on the **25th  day of January, 2008**  at a regular postal depository maintained by the United States at Church Street Station, New York, New York,  deponent mailed the copy of

   SUMMONS AND COMPLAINT

to  UNITED STATES POSTAL SERVICE
the DEFENDANT at 475 L'ENFANT PLAZA SW
            WASHINGTON, DC 20260
                       RETURN RECEIPT REQUESTED
Copy mailed by CERTIFIED  mail/marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
29th  day of  January, 2008i

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

...................
JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No. 3CWS107618

Form 10 - AFFIDAVIT OF MAILING ONLY

**COHEN, WEISS & SIMON, ESQS.**
**ATTN: CLAIRE TUCK**

U.S. DISTRICT SOUTHERN COURT          NEW YORK COUNTY
------------------------------------------------------

NATIONAL ASSOCIATION OF LETTER            plaintiff
CARRIERS, ETAL
                - against -

UNITED STATES POSTAL SERVICE, ETANO      defendant
------------------------------------------------------

Index No. **08-CV 00458**

Date Filed   ............

Office No.

Court Date:    /  /

STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York. That on the **25th  day of January, 2008**  at a regular postal depository maintained by the United States at Church Street Station, New York, New York,  deponent mailed the copy of

**SUMMONS AND COMPLAINT**

to **UNITED STATES POSTAL SERVICE OFFICE  OF INSPECTOR GENERAL**
the **DEFENDANT at 1735 N. LYNN STREET**
           **ARLINGTON, VA 22209**
                              RETURNED RECEIPT REQUESTED
Copy mailed by  CERTIFIED  mail/marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
29th  day of  January, 2008i

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

............................
JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No. 3CWS107619

Form 10 - AFFIDAVIT OF MAILING ONLY

      COHEN, WEISS & SIMON, ESQS.
      ATTN: CLAIRE TUCK

U.S. DISTRICT SOUTHERN COURT    NEW YORK COUNTY

---

| | |
|---|---|
| NATIONAL ASSOCIATION OF LETTER CARRIERS, ETAL    plaintiff<br>- against -<br>UNITED STATES POSTAL SERVICE, ETANO    defendant | Index No. **08-CV 00458**<br>Date Filed ............<br>Office No.<br>Court Date:    / / |

---

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York. That on the **25th day of January, 2008** at a regular postal depository maintained by the United States at Church Street Station, New York, New York, deponent mailed the copy of

**SUMMONS AND COMPLAINT**

to  CIVIL PROCESS CLERK - UNITED STATES ATTY. FOR THE SOUTHERN DIST. OF N.Y.
the DEFENDANT at 86 CHAMBERS ST.
        NEW YORK, NY 10007
        RETURN RECEIPT REQUESTED
Copy mailed by CERTIFIED/ mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
29th day of January, 2008
KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB  701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No. 3CWS107621

Form 10 - AFFIDAVIT OF MAILING ONLY

COHEN, WEISS & SIMON, ESQS.
ATTN: CLAIRE TUCK

U.S. DISTRICT SOUTHERN COURT     NEW YORK    COUNTY
-----------------------------------------------------

NATIONAL ASSOCIATION OF LETTER          plaintiff
CARRIERS, ETAL
            - against -

UNITED STATES POSTAL SERVICE, ETANO    defendant

-----------------------------------------------------

Index No. **08-CV 00458**

Date Filed  .............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**JOEL GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York. That on the **25th day of January, 2008** at a regular postal depository maintained by the United States at Church Street Station, New York, New York, deponent mailed the copy of

   SUMMONS AND COMPLAINT

to  MICHAEL B. MUKCASEY  ATTY. GENERAL OF THE UNITED STATES
the DEFENDANT at 950 PENNSYLVANIA AVE, NW
         WASHINGTON, D.C. 20530
                           RETURNED RECEIPT REQUESTED
Copy mailed by CERTIFIED  mail/ marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
29th  day of  January, 2008i

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No. 3CWS107620