USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

March 18, 2008



RECEIVED
MAR 19 2008
JUDGE CHIN'S CHAMBERS

**BY HAND**
Honorable Denny Chin
United States District Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

Re:  Nat'l Assoc. Of Letter Carriers, AFL-CIO *et al.* v. United States Postal Service *et al.*,
08 Civ. 00458 (DC)

Dear Judge Chin:

I write respectfully, on behalf of defendants United States Postal Service and United States Postal Service Office of Inspector General, to request a 45-day extension of time, from March 24, 2008 until May 8, 2008, to answer, move or otherwise respond to the complaint. The reason for this request is that defendants are in the process of determining whether to file a motion in lieu of an answer. Plaintiffs' attorneys, respectively, do not oppose this request. This is defendants' first request for an extension of time.

I thank the Court for its consideration of this request.

*Application GRANTED.*
*Counsel is reminded that*
*if the Government wishes*
*to file a motion, it*
*should request a*
*premotion conference.*

*So ORDERED.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LARA K. ESHKENAZI
Assistant United States Attorney
Tel. No.: (212) 637-2758
Fax No.: (212) 637-2702

cc:   Peter D. DeChiara (by facsimile (212) 695-5436)
       Darryl J. Anderson (by facsimile (202) 682-9276)

*USDJ*
*3/24/08*