UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO and AMERICAN POSTAL
WORKERS UNION, AFL-CIO,                          Case No. 08-CV-00458 (DC)

    Plaintiffs,

    -against-                                         **APPEARANCE**

UNITED STATES POSTAL SERVICE and;
UNITED STATES POSTAL SERVICE OFFICE
OF INSPECTOR GENERAL,

    Defendants.

------------------------------------------------------------x

    To the Clerk of this Court and all parties of record, enter my appearance as local counsel in this case for Plaintiff American Postal Workers Union. I certify that I am admitted to practice in this Court.

Dated: May 13, 2008        By: _____
      New York, NY                  Adrienne L. Saldaña (AS8327)
                                       SPIVAK LIPTON LLP
                                       1700 Broadway, Suite 2100
                                       New York, NY 10019
                                       Tel. (212) 765-2100
                                       Fax (212) 541-8954