UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO and AMERICAN POSTAL
WORKERS UNION, AFL-CIO,

Case No. 08-CV-00458 (DC)

Plaintiffs,

-against-

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

UNITED STATES POSTAL SERVICE and
UNITED STATES POSTAL SERVICE OFFICE
OF INSPECTOR GENERAL,

Defendants.

-----------------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Adrienne L. Saldaña, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Darryl J. Anderson
> O'Donnell, Schwartz & Anderson, P.C.
> 1300 L Street, NW, Suite 1200
> Washington, DC 20005-4126
> Tel. (202) 898-1707
> Fax (202) 682-9276

Darryl J. Anderson is a member in good standing of the bar of the District of Columbia and the State of Michigan. There are no pending disciplinary proceedings against Mr.

Anderson in any State or Federal court.

Dated: May 14, 2008  
      New York, NY

Respectfully submitted,

By: _____  
Adrienne L. Saldaña (AS8327)  
SPIVAK LIPTON LLP  
1700 Broadway, Suite 2100  
New York, NY 10019  
Tel. (212) 765-2100  
Fax (212) 765-8954

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO and AMERICAN POSTAL
WORKERS UNION, AFL-CIO,

            Plaintiffs,

  -against-

UNITED STATES POSTAL SERVICE and
UNITED STATES POSTAL SERVICE OFFICE
OF INSPECTOR GENERAL,

            Defendants.

------------------------------------------------------------x

Case No. 08-CV-00458 (DC)

**AFFIDAVIT OF
ADRIENNE L. SALDAÑA
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York    )
                            ) ss:
County of New York  )

      Adrienne L. Saldaña, being duly sworn, hereby deposes and says as follows:

1.      I am a partner of the firm Spivak Lipton LLP, local counsel for Plaintiff American Postal Workers Union, AFL-CIO ("APWU"), in this action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff APWU's motion to admit Darryl J. Anderson as counsel pro hac vice to represent Plaintiff APWU in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 1995. I am also admitted to the bar of the United

States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Darryl J. Anderson since 1992.

4. Mr. Anderson is a partner of the firm O'Donnell, Schwartz & Anderson, P.C., in Washington, D.C.

5. I have found Mr. Anderson to be an attorney of great skill and a person of integrity. He has extensive experience in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. I am pleased to move the admission of Darryl J. Anderson, pro hac vice.

7. I respectfully submit a proposed order granting his admission, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Darryl J. Anderson, pro hac vice, to represent Plaintiff APWU in this matter, be granted.

Dated: May 14, 2008  
New York, NY

Respectfully submitted,

By: _____  
Adrienne L. Saldaña (AS8327)  
SPIVAK LIPTON LLP  
1700 Broadway, Suite 2100  
New York, NY 10019  
Tel. (212) 765-2100  
Fax (212) 765-8954

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO and AMERICAN POSTAL
WORKERS UNION, AFL-CIO,

Case No. 08-CV-00458 (DC)

Plaintiffs,

-against-

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

UNITED STATES POSTAL SERVICE and
UNITED STATES POSTAL SERVICE OFFICE
OF INSPECTOR GENERAL,

Defendants.

-----------------------------------------------------------------x

Upon the motion of Adrienne L. Saldaña, local counsel for Plaintiff APWU, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Darryl J. Anderson
>O'Donnell, Schwartz & Anderson, P.C.
>1300 L Street, NW, Suite 1200
>Washington, DC  20005-4126
>Tel. (202) 898-1707
>Fax (202) 682-9276
>danderson@odsalaw.com

is admitted to practice pro hac vice as counsel for Plaintiff APWU in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  This action is assigned to the

Electronic Case Filing (ECF) and counsel shall immediately apply for an ECF password at nysd.uscourts.gov.   Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: May 14, 2008
      New York, NY

_____
United States District Judge

# State Bar of Michigan
## Certificate
### of Good Standing

This certifies that Darryl J. Anderson, P28832 of Washington, DC is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on December 10, 1970 in Wayne County and became a member of the State Bar of Michigan on December 10, 1970.

Janet K. Welch
Executive Director
May 07, 2008

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**DARRYL   JAMES   ANDERSON**

was, on the  2nd  day of  July A.D. 1973  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  7th  day of  May A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO and AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITED STATES POSTAL SERVICE and UNITED STATES POSTAL SERVICE OFFICE OF INSPECTOR GENERAL,<br><br>Defendants. | Case No. 08-CV-00458 (DC)<br><br><br><br>**CERTIFICATE OF SERVICE** |

------------------------------------------------------------------x

I hereby certify that I have this day caused the following person(s) to be served by hand delivery with a copy of a Motion for Admission Pro Hac Vice, Affidavit in Support of Motion, and Proposed Order for Admission Pro Hac Vice:

| | |
|---|---|
| Peter D. DeChiara<br>Cohen, Weiss and Simon<br>330 West 42nd Street<br>New York, NY  10036 | Lara K. Eshkenazi<br>U.S. Attorney's Office, SDNY<br>86 Chambers Street<br>New York, NY  10007 |

Dated: May 14, 2008
       New York, NY

By: _____
Adrienne L. Saldaña (AS8327)
SPIVAK LIPTON LLP
1700 Broadway, Suite 2100
New York, NY 10019
Tel. (212) 765-2100
Fax (212) 765-8954