UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO and AMERICAN POSTAL
WORKERS UNION, AFL-CIO,

                Plaintiffs,

-against-

UNITED STATES POSTAL SERVICE and
UNITED STATES POSTAL SERVICE OFFICE
OF INSPECTOR GENERAL,

                Defendants.

-----------------------------------------------------------------x

Case No. 08-CV-00458 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

Upon the motion of Adrienne L. Saldaña, local counsel for Plaintiff APWU, and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Darryl J. Anderson
        O'Donnell, Schwartz & Anderson, P.C.
        1300 L Street, NW, Suite 1200
        Washington, DC  20005-4126
        Tel. (202) 898-1707
        Fax (202) 682-9276
        danderson@odsalaw.com

is admitted to practice pro hac vice as counsel for Plaintiff APWU in the above-captioned

case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.  This action is assigned to the

Electronic Case Filing (ECF) and counsel shall immediately apply for an ECF password at nysd.uscourts.gov.   Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 22, 2008
New York, NY

_____
United States District Judge