MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LARA K. ESHKENAZI
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2758
Fax: (212) 637-2702
E-mail: lara.eshkenazi@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NATIONAL ASSOCIATION OF LETTER      :
CARRIERS, AFL-CIO and AMERICAN      :
POSTAL WORKERS UNION, AFL-CIO,      :
                                    :
                                    :   08 Civ. 00458 (DC)
            Plaintiffs,             :
                                    :
                                    :
      v.                            :
                                    :
                                    :
UNITED STATES POSTAL SERVICE and    :
UNITED STATES POSTAL SERVICE OFFICE :
OF INSPECTOR GENERAL,               :
                                    :
                                    :
            Defendants.             :
------------------------------------------------------------ x

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and all prior pleadings and proceedings herein, defendants United States Postal Service and United States Postal Service Office of Inspector General, by their attorney Michael J. Garcia, United States Attorney for the Southern District of New York, shall move this Court, before the Honorable Denny Chin, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for dismissal pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

      PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set by the

Court at the pre-motion conference held on May 16, 2008, responsive papers, if any, shall be filed by July 3, 2008, and reply papers, if any must be filed by July 11, 2008.

Dated: New York, New York
June 6, 2008

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York
                    Attorney for Defendants

By:    /s/ Lara K. Eshkenazi
       LARA K. ESHKENAZI
       Assistant United States Attorneys
       86 Chambers Street, 4th Floor
       New York, New York  10007
       Tel. No.: (212) 637-2758
       Fax: (212) 637-2702
       E-mail: lara.eshkenazi@usdoj.gov