

CHIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
NATIONAL ASSOCIATION OF LETTER :    ECF CASE
CARRIERS, AFL-CIO and AMERICAN :
POSTAL WORKERS UNION, AFL-CIO, :
                                      :    08 Civ. 00458 (DC)
           Plaintiffs, :
                                       :
           v. :    **PRIVACY ACT ORDER**
                                       :
UNITED STATES POSTAL SERVICE and :
UNITED STATES POSTAL SERVICE OFFICE :
OF INSPECTOR GENERAL, :
                                       :
           Defendants. :
------------------------------------------------------------- x

       WHEREAS, the parties will be engaging in discovery in the above-captioned proceeding;

       WHEREAS, pursuant to the Federal Rules of Civil Procedure, defendants are prepared to make disclosures of documents and information that may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a; and

       WHEREAS, it appears that the disclosure of such documents and information is in the interests of justice and is subject to the Protective Order being entered simultaneously herewith;

       IT IS HEREBY ORDERED that:

       1.    Any objection to the production and use of such documents and information on the ground that they are protected by the Privacy Act of 1974, 5 U.S.C. § 552a, is overruled. See 5 U.S.C. § 552a(b)(11).

2. This Order is without prejudice to any other objections the parties may have to producing such documents and information.

SO ORDERED.

Dated: New York, New York
       4/24, 2009

HON. DENNY CHIN
U.S. DISTRICT JUDGE

The entry of this Order is consented to by the parties to this action.

Dated: New York, New York
       April 24, 2009

PETER D. DeCHIARA
*Attorney for Plaintiff National Association of Letter Carriers, AFL-CIO*

By: _____
PETER D. DeCHIARA
Cohen Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
Tel.: (212) 563-4100
Fax: (212) 695-5436
E-mail: pdechiara@cwsny.com

Dated: New York, New York
       April 27, 2009

LEV L. DASSIN
Acting United States Attorney for the Southern District of New York
*Attorney for Defendants*

By: _____
LARA K. ESHKENAZI
NATALIE N. KUEHLER
Assistant United States Attorneys
86 Chambers St., 3rd Floor
New York, NY 10007
Tel. (212) 637-2758/2741
Fax: (212) 637-2702
E-mail: lara.eshkenazi@usdoj.gov
        natalie.kuehler@usdoj.gov

Dated: New York, New York
April ___, 2009

       DARRYL J. ANDERSON
       *Attorney for Plaintiff American Postal*
       *Workers Union, AFL-CIO*

By: _____
       DARRYL J. ANDERSON
       O'Donnell, Schwartz &
       Anderson, PC
       1300 L Street N.W., Suite 1200
       Washington, D.C. 20005
       Tel: (202) 898-1707
       Fax: (202) 682-9276
       E-mail: danerson@odsalaw.com